

# NUMBER 13-10-00524-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MEZA SIERRA ENTERPRISES, INC.

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela**
**Per Curiam Memorandum Opinion** [1]

Relator, Meza Sierra Enterprises, Inc., filed a petition for writ of mandamus on September 28, 2010. The Court requested and received a response to the petition for writ of mandamus from the real party in interest, Kingdom Fresh Produce, Inc., and further received a supplement to the petition for writ of mandamus from relator. The Court, having examined and fully considered the petition for writ of mandamus, the response thereto, and the supplement to the petition, is of the opinion that relator has

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

not shown itself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the 1st
day of November, 2010.